STEVEN G. KALAR
Federal Public Defender
EDWARD J. HU (SBN: 260421)
Assistant Federal Public Defender
450 Golden Gate Ave., 19th Fl.
San Francisco, CA 94102
Telephone:    (415) 436-7700
Facsimile:    (415) 436-7706
edward_hu@fd.org

Counsel for Kite Isaac Findsthefeather

**FILED**

MAY 30 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-13-0067 SI |
| Plaintiff, | STIPULATION TO CONTINUE DETENTION HEARING |
| vs. | |
| KITE ISAAC FINDSTHEFEATHER, AMANDA WOOD, | |
| Defendants. | **Date/Time**: May 30. 2014 at 9:30 a.m.<br>**Court**: The Hon. Jacqueline Scott Corley |

The parties appeared before this court on Tuesday, May 27, 2014, for arraignment and identification of counsel. At the May 27, 2014 appearance, the court set May 30, 2014, at 9:30 a.m., for a detention hearing. Counsel for defendants, Anthony Lowenstein for Amanda Wood, and Edward Hu (AFPD) for Kite Findsthefeather, require additional time for the hearing, due primarily to the unavailability of sureties and family members, and are jointly requesting that the hearing date be continued from May 30, 2014, at 9:30 a.m. to June 6, 2014 at 9:30 a.m. before the

//
//
//
//

*Stip to Cont Dtn Hrg*
(CR-13-0067 SI)

1 | duty magistrate judge.  AUSA Kevin Barry has been consulted and authorizes the stipulation.

RESPECTFULLY SUBMITTED,
STEVEN G. KALAR
FEDERAL PUBLIC DEFENDER

DATE: MAY 29, 2014        /S/ EDWARD J. HU
                          ASSISTANT FEDERAL PUBLIC DEFENDER
                          COUNSEL FOR KITE ISAAC FINDSTHEFEATHER

DATE: MAY 29, 2014        /S/ ANTHONY LOWENSTEIN (AUTHORIZATION BY TELEPHONE)
                          COUNSEL FOR AMANDA WOOD

DATE: MAY 29, 2014        /S/ KEVIN BARRY (AUTHORIZATION BY E-MAIL)
                          COUNSEL FOR AMANDA WOOD

## [PROPOSED] ORDER

Upon the foregoing stipulation by the parties and good cause being found, the May 30, 2014 detention hearing for Kite Isaac Findsthefeather and Amanda Wood shall be continued to June 6, 2014 at 9:30 a.m. before the duty magistrate judge.

Date: May 30, 2014

JACQUELINE SCOTT CORLEY
United States Magistrate Judge

Stip to Cont Dtn Hrg
(CR-13-0067 SI)