United States District Court
Northern District of California

1
2
3
4                    UNITED STATES DISTRICT COURT
5                  NORTHERN DISTRICT OF CALIFORNIA
6

7   UNITED STATES OF AMERICA,              Case No.  13-cr-00067-SI-1
              Plaintiff,
8
                                           **ORDER DISMISSING WITHOUT**
9       v.                                 **PREJUDICE PENDING MOTIONS**

10  KITE ISAAC FINDSTHEFEATHER, *et al.*,  Re: Dkt. Nos. 41, 42, 46, 48, 49, 50, 51
              Defendants.
11

12

13       On May 18, 2015, defendant Kite Isaac Findsthefeather entered a guilty plea in this case.

14  Accordingly, the Court DISMISSES WITHOUT PREJUDICE the pending motions for discovery

15  and motions to suppress.  The Court also finds that the pending motions related to appointment of

16  counsel (Dkt. 41 and 42) were resolved at the December 24, 2014 hearing before Magistrate Judge

17  Zimmerman.

18

19       **IT IS SO ORDERED.**

20

21  Dated: May 21, 2015

22                                         _____
                                           SUSAN ILLSTON
23                                         United States District Judge

24

25

26

27

28